IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN VASQUEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-CV-03345 |
| | § | |
| SUPERMEDIA SALES, INC. | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Juan Vasquez and Defendant SuperMedia Sales, Inc. announce to the Court that they wish voluntarily to dismiss this action in its entirety with prejudice as to the refiling of the same, with each party bearing its own costs, and request that the Court enter the attached Agreed Order of Dismissal with Prejudice.

Respectfully submitted,

By:   /s/ Liquita Lewis Thompson
Liquita Lewis Thompson
State Bar No. 24005831
S.D. Bar No. 27634
Liquita Thompson Law, PC
19747 Hwy 59 North, Suite 460
Humble, Texas 77338
Telephone: (832) 644-5299
Facsimile: (832) 644-5524
lthompson@lewisthompsonlaw.com
**ATTORNEY-IN-CHARGE FOR
PLAINTIFF JUAN VASQUEZ**

By:   /s/ Dan Hartsfield
Dan Hartsfield
State Bar No. 09170800
Southern District I.D. No. 129344
JACKSON LEWIS LLP
500 North Akard, Suite 2500
Dallas, Texas  75201
Telephone:  (214) 520-2400
Facsimile:  (214) 520-2008
Email:  dan.hartsfield@jacksonlewis.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT SUPERMEDIA SALES, INC.**

OF COUNSEL:

Cynthia Uduebor Washington
State Bar No. 24047012
Southern District I.D. No. 1000110
JACKSON LEWIS LLP
500 North Akard, Suite 2500
Dallas, Texas  75201
Telephone:  (214) 520-2400
Facsimile:  (214) 520-2008
Email: cynthia.washington@jacksonlewis.com

**CERTIFICATE OF SERVICE**

On December 9, 2013, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District, Southern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), including the following:

Dan Hartsfield
JACKSON LEWIS LLP
500 North Akard, Suite 2500
Dallas, Texas  75201

   /s/ Liquita Lewis Thompson
Liquita Lewis Thompson