IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN VASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-CV-03345 |
| | § | |
| SUPERMEDIA SALES, INC., | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Juan Vasquez and Defendant SuperMedia Sales, Inc., is of the opinion that the Motion should be and is hereby GRANTED. Accordingly, without limiting the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

SIGNED this **9th** day of **December** 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE